# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

————————————————

SHIRLEY GORDON PRESLEY,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D23-1371
————————————————

September 1, 2023

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Pinellas County; Joseph A. Bulone, Judge.

Shirley Gordon Presley, pro se.

PER CURIAM.

Affirmed.

NORTHCUTT, LaROSE, and LUCAS, JJ., Concur.

————————————————

Opinion subject to revision prior to official publication.